UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:22-cv-21507-JAL

YESENIA VALIENTE, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

UNILEVER UNITED STATES, INC.,

Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiff YESENIA VALIENTE ("Plaintiff") and Defendant UNILEVER UNITED

STATES, INC. ("Defendant"), by and through their undersigned counsel and pursuant to

Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an

agreement in principle for the resolution of this matter and are in the process of executing

settlement documents. The Parties respectfully request that the Court stay all matters and

pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement

documents and file proper pleadings regarding dismissal of the action.

Dated: July 12, 2023                    Respectfully submitted:

/s/ *Alexander J. Korolinsky*                    /s/ *Daniel B. Rogers*
Alexander J. Korolinsky (FBN 119372)        Daniel B. Rogers (FBN 195634)
E-Mail: *korolinsky@ajklegal.com*            E-Mail: drogers@shb.com
**AJK Legal**                                Jennifer A. McLoone (FBN 029234)
1001 Brickell Bay Drive                      E-Mail: jmcloone@shb.com
Suite 2700                                   **Shook, Hardy & Bacon L.L.P.**
Miami, Florida 33401                         201 South Biscayne Blvd., Suite 3200
T: 877.448.8404                              Miami, Florida 33131
                                             T: 305.358-5171

4893-9222-6671

2

_/s/ William Wright_
William Wright (FBN 138861)
E-Mail: _willwright@wrightlawoffice.com_
**The Will Wright Law Office, P.A.**
515 N. Flagler Drive, Suite P-300
West Palm Beach, FL 33401
T: 561.514.0904

Spencer Sheehan
E-Mail: _spencer@spencersheehan.com_
(_pro hac vice_)
**Sheehan & Associates, P.C.**
60 Cuttermill Road, Suite 412
Great Neck, NY 11021
T: 516.268.7080

**_Counsel for Plaintiff Yesenia Valiente_**

Sarah B. O'Rourke (Florida Bar No. 1003082_)_
E-Mail: sborourke@shb.com
**Shook, Hardy & Bacon L.L.P.**
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
T: 813.202.7100

James P. Muehlberger (admitted _pro hac vice_)
E-Mail: jmuehlberger@shb.com
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
T: 816.474.6550

**_Counsel for Defendant Unilever United States, Inc._**

4893-9222-6671