**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Yesenia Valiente, Individually and on Behalf of All
Others Similarly Situated,

        Plaintiff,

    v.

Unilever United States, Inc.,

        Defendant.

Case No. 1:22-cv-21507-JAL

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yesenia Valiente and

Defendant Unilever United States, Inc, hereby stipulate and agree that this proceeding is dismissed,

in is entirety, with prejudice, each party bearing its own fees and costs.

Dated: July 31, 2023

| | |
|---|---|
| /s/ *Alexander J. Korolinsky* | /s/ *Daniel B. Rogers* |
| Alexander J. Korolinsky (FBN 119372) | Daniel B. Rogers (FBN 195634) |
| korolinsky@ajklegal.com | drogers@shb.com |
| **AJK Legal** | Jennifer A. McLoone (FBN 029234) |
| 1001 Brickell Bay Dr, Ste 2700 | jmcloone@shb.com |
| Miami, FL 33401 | **Shook, Hardy & Bacon L.L.P.** |
| Tel: (877) 448-8404 | 201 S Biscayne Blvd., Ste 3200 |
| | Miami, FL 33131 |
| | Tel: (305) 358-5171 |

/s/ *William Wright*

William Wright
willwright@wrightlawoffice.com
**The Wright Law Office, P.A.**
515 N Flagler Dr Ste P-300
West Palm Beach FL 33401
Tel: (561) 514-0904

/s/ *Spencer Sheehan*

Spencer Sheehan
spencer@spencersheehan.com
**Sheehan & Associates, P.C.**
60 Cuttermill Rd, Ste 412
Great Neck, NY 11021
Tel: (516) 268-7080

**Counsels for Plaintiff**

Sarah B. O'Rourke (FBN 1003082)
sborourke@shb.com
**Shook, Hardy & Bacon L.L.P.**
100 N Tampa St., Ste 2900
Tampa, FL 33602
Tel: (813) 202-7100

James P. Muehlberger (*pro hac vice*)
jmuehlberger@shb.com
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550

**Counsel for Defendant**